```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA


DOUGLAS BRUECKNER, and         )
COLETTE BRUECKNER,             )
                               )
     Plaintiffs,               )    4:04CV3006
                               )
     v.                        )
                               )
BURLINGTON NORTHERN AND        )    ORDER
SANTA FE RAILWAY COMPANY,      )
a corporation, et al.,         )
                               )
     Defendants.               )
```

Cause having been shown by filing 108,

IT IS ORDERED,

1. The order of April 22, 2005, filing 107, is set aside.

2. Counsel shall confer and contact my office to arrange a telephone conference to establish a trial schedule.

Dated May 23, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge