```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and | ) | |
| COLETTE BRUECKNER, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV3006 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN AND SANTA | ) | ORDER |
| FE RAILWAY COMPANY and | ) | |
| BROWN'S CREW CAR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Following a conference with counsel this date pursuant to **Fed. R. Civ. P.** 16,

IT IS ORDERED:

Jury trial of this matter is set to commence on call during the week of October 3, 2005 at 9:00 a.m., for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge