IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and COLETTE BRUECKNER, | ) ) ) | 4:04CV3006 |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY and BROWN'S CREW CAR d/b/a ARMADILLO EXPRESS, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the pending motions in limine (filings 90, 93) shall be held in abeyance and not considered until the first day of trial, during the conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

DATED: June 3, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge