IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and COLETTE BRUECKNER, | ) ) ) | 4:04CV3006 |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY and BROWN'S CREW CAR d/b/a ARMADILLO EXPRESS, | ) ) ) ) ) | |
| Defendants. | ) | |

For case progression and statistical reporting purposes,

IT IS ORDERED that the parties' motions in limine (filings 90, 93) are denied without prejudice to their reassertion at the time of trial.

September 12, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge