IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and COLETTE BRUECKNER, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04cv3006 |
| v. | ) ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY, and BROWN'S CREW CAR, | ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

The Clerk's Office has requested that Document Number 117 be stricken from the record for the following reason(s):

• Illegible PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 117 from the record.  The party is directed to re-file the document.

DATED this 28th day of September, 2005.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge