```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

DOUGLAS BRUECKNER, and         )
COLETTE BRUECKNER,             )
                               )
          Plaintiffs,          )          4:04CV3006
                               )
     v.                        )
                               )
BURLINGTON NORTHERN AND SANTA  )          ORDER
FE RAILWAY and BROWN'S CREW    )
CAR,                           )
                               )
          Defendants.          )
                               )

Upon consideration of the plaintiff's status report and the previous order granting a continuance of trial,

IT IS ORDERED:

1. Trial of this matter is scheduled to commence at 9:00 a.m. on February 6, 2006 for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of other cases set for trial before Judge Kopf that week in North Platte. Jury selection will be held at commencement of trial.

2. Plaintiffs are given leave to conduct a deposition of Dr. Tim J. Watt, M.D. on or before January 6, 2006.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge