```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

DOUGLAS BRUECKNER and            )
COLETTE BRUECKNER,               )
                                 )
                Plaintiffs,      )           4:04CV3006
                                 )
         v.                      )
                                 )
BURLINGTON NORTHERN AND SANTA    )           ORDER
FE RAILWAY COMPANY, a            )
corporation, and BROWN'S CREW    )
CAR D/B/A ARMADILLO EXPRESS,     )
                                 )
                Defendants.      )
                                 )

   IT IS ORDERED:

   The parties' joint motion for continuance, filing 132, is granted, and

   1.  Jury trial of this matter is continued from February 6, 2006 to 9:00 a.m., August 21, 2006, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters.  Jury selection will be held at commencement of trial.

   2.  Paragraph 2 of the order of December 14, 2005 is amended to read "on or before June 15, 2006."

   DATED this 4th day of January, 2006.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge