IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and<br>COLETTE BRUECKNER,<br><br>     Plaintiffs,<br><br>     vs.<br><br>BURLINGTON NORTHERN AND<br>SANTA FE RAILWAY COMPANY<br>and BROWN'S CREW CAR d/b/a<br>ARMADILLO EXPRESS,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:04CV3006<br><br><br><br>**ORDER** |

Pursuant to the agreement of the parties during the in-chambers conference conducted immediately prior to trial of this matter,

IT IS ORDERED that the Supplemental Order on Final Pretrial Conference (filing 151) is approved.

August 21, 2006.                    BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge