IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and COLETTE BRUECKNER, | ) ) ) | 4:04CV3006 |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY and BROWN'S CREW CAR d/b/a ARMADILLO EXPRESS, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiffs' motion for new trial (filing 176) is denied.

2. Plaintiffs' renewed motion for judgment as a matter of law (filing 178) is denied.

September 25, 2006.　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge