IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, and COLETTE BRUECKNER, | ) ) ) | 4:04CV3006 |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY and BROWN'S CREW CAR d/b/a ARMADILLO EXPRESS, | ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' motion for an extension of time pursuant to Federal Rule of Appellate Procedure 4(a)(5) is granted, as follows:

Plaintiffs shall have until November 24, 2006, to file a notice of appeal.

October 19, 2006.        BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge