IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRUECKNER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04cv3006 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing nos. 197 and 198, the Applications for Leave to Appeal in Forma Pauperis ("IFP"), filed by the plaintiffs, Douglas Brueckner and Colette Brueckner. The plaintiffs appeal the adverse judgment entered in this action, followed by denial of their post-judgment motions.

Filing nos. 197 and 198, the plaintiffs' Applications to Proceed IFP on appeal, are hereby granted. The plaintiffs qualify financially to proceed IFP, and their appeals are not frivolous and are taken in good faith. Therefore, the Clerk of Court shall notify the parties accordingly and shall process the appeals to the Eighth Circuit Court of Appeals.

SO ORDERED.

December 1, 2006.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge